1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | service@moorelawfirm.com

5 | Attorney for Plaintiff
Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOSE ESCOBEDO, | ) No. 1:15-cv-01602---MJS |
|---|---|
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **OF ACTION; ORDER** |
| GEORGE A. ALAM, Trustee of THE GEORGE A. ALAM AND RANIA ALAM REVOCABLE TRUST UNDER DATE OF OCTOBER 14, 2004, et al., | ) |
| Defendants. | ) |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 4, 2016          MOORE LAW FIRM, P.C.


                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorney for Plaintiff
                               Jose Escobedo

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER

Page 1

**<u>ORDER</u>**

Good cause appearing, case   No. 1:15-cv-1602---MJS, is hereby dismissed with prejudice in its entirety at Plaintiff's request.

IT IS SO ORDERED.

Dated:   January 5, 2016              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE